**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

BENJAMIN CUNNINGHAM

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 DEC 17  A 9:47

19-CIV-19823
[CCC]   [ESK]

( FIRST AMENDED )

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No

(check one)

* FALSE ARREST *
* MALICIOUS PROSECUTION *
* UNLAWFUL IMPRISONMENT *
* POLICE BRUTALITY *
* MEDICAL RECORD *
SEIZURE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

### I.   Parties in this complaint:

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | BENJAMIN CUNNINGHAM |
| | Street Address | 2429 SOUTHERN BLVD # ONE |
| | County, City | BRONX |
| | State & Zip Code | NEW YORK   10458 |
| | Telephone Number | (347) 879-1717 |
| | | COOLPATUS@YAHOO.COM |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name PORT AUTHORITY OF NY/NJ Agency
Street Address #4 WORLD TRADE CENTER BUILDING
County, City MANHATTAN
State & Zip Code NEW YORK 10007

Defendant No. 2

Name SILVERSTEIN PROPERTIES - INC
Street Address #7 WORLD TRADE CENTER BUILDING
County, City MANHATTAN
State & Zip Code NEW YORK 10007

Defendant No. 3

Name ALLIED UNIVERSAL SECURITY GUARD COMPANY
Street Address 161 WASHINGTON STREET (#600)
County, City CONSHOHOCKEN
State & Zip Code PENNSYLVANIA 19428

(800) 514-8273

Defendant No. 4

Name NEW YORK CITY LAW DEPARTMENT
Street Address 100 CHURCH STREET (4th FL)
County, City MANHATTAN
State & Zip Code NEW YORK 10007

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions         [✓] Diversity of Citizenship

[ ] U.S. Government Plaintiff     [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 42 USCA SECTION 1983

4th, 5th, 8th, 14th AMENDMENTS     & ETAL

- 2 -

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship   NEW YORK

Defendant(s) state(s) of citizenship   PENNSYLVANIA, NEW JERSEY
NEW YORK

**III.   Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur?   #4 WORLD TRADE CENTER BUILDING
OFFICE OF INSPECTOR GENERAL   MANHATTAN
HOBOKEN NEW JERSEY

B.   What date and approximate time did the events giving rise to your claim(s) occur?
AUGUST-28-2019

| | |
|---|---|
| What happened to you? | C.   Facts:   PORT AUTHORITY AGENCY'S INVESTIGATOR POLICE SERGEANT LAWANDA D. IRVING<br><br>PORT AUTHORITY AGENCY'S INVESTIGATOR<br>POLICE DETECTIVE ADELL L. JILES<br>OFFICE OF THE INSPECTOR GENERAL<br>5 MARINE VIEW PLAZA (#502)<br>HOBOKEN NEW JERSEY 07030 |
| Who did what? | ON 08-28-2019, THE ABOVE TWO INVESTIGATORS INVITED (PRO-SE) PLAINTIFF BENJAMIN CUNNINGHAM TO APPEAR/TESTIFY INSIDE THEIR INVESTIGATION OFFICE WHICH CONCERNS PORT AUTHORITY AGENCY'S POLICE MISCONDUCT DATED APRIL-05-2019 |
| Was anyone else involved? | MAY-09-2019<br>19-CIV-19520 (CCC)(ESK)<br>THEY TOOK *PICTURES OF MY DAMAGED PERSONAL PROPERTY*  AFTERWARDS I ATTEMPTED TO PROVIDE MY MANHATTAN COUNTY CRIMINAL COURT JUDGE'S DISMISSAL DECISION DATE AUGUST-05-2019 BUT |
| Who else saw what happened? | TWO INVESTIGATORS STAFF REFUSED TO ACCEPT. |

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. HOBOKEN NEW JERSEY INVESTIGATORS TOID (PRO-SE) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM TO FILE HIS MANHATTAN COUNTY CRIMINAL COURT JUDGE'S DECISION a ORDER DISSMISSAL DATED AUGUST-05-2019. ON AUGUST-28-2019 (PRO-SE) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM LEFT THE HOBOKEN NEW JERSEU INVESTIGATION OFFICE a TRAVELED TO #4 WORLD TRADE CENTER BUILDING LOBBY AREA SECURITY GUARD DESK & WAS RE-ARRESTED BY ALLIED SECURITY GUARD OFFICERS PORT AUTHORITY AGENCY POLICE OFFICERS

**V.    Relief:** NYPD AGENCY POLICE OFFICERS
ON AUGUST-28-2019

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.    AUGUST-28-2019

MT SINI WEST HOSPITAL    / NEW YORK-PRESBYTERIAN HOSPITAL

✗ FALSE ARREST ✗
✗ MALICIOUS PROSECUTION ✗
✗ UNLAWFUL IMPRISONMENT ✗
✗ POLICE BRUTALITY ✗

I REQUEST JUDGE'S DECISION / ORDER DATED NOVEMBER 8 CIVIL RIGHTS CONDUCT PROCEDURE TO REOPEN & THEN DISCOVERY

$15 MILLION DOLLARS

-4-

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___17th___ day of ___DECEMBER___, 20 ___21___.

Signature of Plaintiff _____

Mailing Address ___2429 SOUTHERN BLVD #6UE___

___BRONX  NEW YORK___

___10458___

Telephone Number ( ___347___ ) ___879 - 1717___

Fax Number *(if you have one)* _____

E-mail Address ___COOL PATUS @ YAHOO.COM___

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### ( NOTICE OF RECONSIDERATION MOTION )
**PER JUDGE CLAIRE C. CECCHI 'S DECISION/ORDER**
### ( DATED NOVEMBER-17-2021 )

# 19-CIV-19823 ( CCC ) ( ESK )

## BENJAMIN CUNNINGHAM

( PRO-SE ) PLAINTIFF

# AGAINST

**CITY OF NEW YORK**
**NYPD  AGENCY**
**UNIDENTIFIED NYPD AGENCY POLICE OFFICERS**
**NEW YORK CITY #911 EMERGENCY OPERATOR AGENCY**
**UNIDENTIFIED #911 EMERGENCY OPERATOR**
**NEW YORK CITY DEPARTMENT OF CORRECTIONS AGENCY**
**UNIDENTIFIED NYC DEPARTMENT OF CORRECTIONS OFFICERS**
**NEW YORK CITY DISTRICT ATTORNEY OFFICE**
**NEW YORK CITY ASSISTANT DISTRICT ATTORNEY ESTHER PAK**
**SIVERSTEIN  PROPERTIES  &  ETAL**
**PORT AUTHORITY OF NEW YORK / NEW JERSEY  AGENCY**
**UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS**
**DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING**
**DEFENDANT LITIGANT POLICE DECTIVE     ADELL L. JILES**
**ALLIED UNIVERSAL SECURITY GUARD COMPANY**
**UNIDENTIFIED SECURITY GUARD OFFICERS**
**SECURITY GUARD OFFICER DON VINCI**
**SECURITY GUARD OFFICER DEVON ADAMS**
**JOHN DOES**
**JANE  DOES**

**DEFENDANTS**



DEFENDANT MOTION TO DISMISS PLAINTIFF'S COMPLAINT.
ORDERED THAT PLAINTIFF SHALL HAVE THIRTY ( 30 ) DAYS
FROM ENTRY OF THIS ORDER TO SUBMIT AN AMENDED
COMPLAINT THAT ADDRESSES THE DEFICIENCIES IDENTIFIED
IN THE COURT'S ORDER  ........          ( NOVEMBER-17-2021 )

# 19-CIV-19823 ( CCC ) ( ESK )

## BENJAMIN  CUNNINGHAM
### ( PRO-SE ) PLAINTIFF

## AGAINST
### CITY OF NEW YORK
### NYPD  AGENCY
### UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
### NEW YORK CITY #911 EMERGENCY OPERATOR AGENCY
### UNIDENTIFIED #911 EMERGENCY OPERATOR
### NEW YORK CITY DEPARTMENT OF CORRECTIONS AGENCY
### UNIDENTIFIED NYC DEPARTMENT OF CORRECTIONS OFFICERS
### NEW YORK CITY DISTRICT ATTORNEY OFFICE
### NEW YORK CITY ASSISTANT DISTRICT ATTORNEY ESTHER PAK
### SIVERSTEIN  PROPERTIES  &  ETAL
### PORT AUTHORITY OF NEW YORK / NEW JERSEY  AGENCY
### UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
### DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING
### DEFENDANT LITIGANT POLICE DECTIVE    ADELL L. JILES
### ALLIED UNIVERSAL SECURITY GUARD COMPANY
### UNIDENTIFIED SECURITY GUARD OFFICERS
### SECURITY GUARD OFFICER DON VINCI
### SECURITY GUARD OFFICER DEVON ADAMS
### JOHN DOES
### JANE  DOES

### DEFENDANTS

----------------------------------------------------------------

**PLEASE TAKE NOTICE THAT CIVIL RIGHTS CASE THE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S
INSTANT RECONSIDERATION MOTION ATTACHED WITH
EXHIBITS DATED DECEMBER-16-2021 HEREBY REQUEST THAT
ASSIGNED JUDGE CLAIRE C. CECCHI'S DECISION/ORDER DATED
NOVEMBER-17-2021 QUICKLY REOPEN THE CIVIL RIGHTS CASE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM 'S
CIVIL RIGHTS CASE & THEN GRANT DISCOVERY PRECEEDINGS
BECAUSE :**

> **CRIMINAL TRESPASS 3RD 140.10**
> **TRESPASS 140.05**
> **RE-ARRESTED AUGUST-28-2019**
> **ARREST FILE #M-19638710**
> **NYSID FILE #0- 4419965-N**
> **DOCKET FILE #CR-027906-19NY**
> **D.A.T. FILE #001-00197**
> **DISMISSED OCTOBER-23-2019**
> **" PEOPLE CANNOT PROVE BEYOND "**
> **A REASONABLE DOUBT**
> **SEALED PURSUANT TO SECTION 160.50 CPL**

**AUGUST-28-2019 ALL CIVIL RIGHTS CASE DEFENDANT
LITIGANTS UNLAWFULLY ARRESTED THE ( PRO-SE ) PLAINTIFF
LITIGANT BENJAMIN CUNNINGHAM DUE TO PORT AUTHORITY
AGENCY'S PENDING POLICE MISCONDUCT INVESTIGATIONS
DUE TO ( PRO-SE ) PLAINTIFF LITIGANT BEN CUNNINGHAM'S
PORT AUTHORITY POLICE MISCONDUCT COMPALINTS.**

3

CRIMINAL  TRESPASS  3RD   140.10

TRESPASS                    140.05

RE-ARRESTED   AUGUST-28-2019

ARREST   FILE  #M-19638710

NYSID     FILE  #0- 4419965-N

DOCKET  FILE  #CR-027906-19NY

D.A.T.    FILE  #001-00197

DISMISSED       OCTOBER-23-2019

" PEOPLE  CANNOT  PROVE  BEYOND  "

A  REASONABLE  DOUBT

SEALED  PURSUANT  TO  SECTION  160.50  CPL

NYPD AGENCY'S UNIDENTIFIED POLICE OFFICERS ALONG WITH THE PORT AUTHORITY AGENCY'S UNIDENTIFIED POLICE OFFICERS CONDUCTED THEIR JOINT ILLEGAL ARREST MADE AGAINST THE ( PRO-SE ) PLAINTIFF LITIGANT CUNNINGHAM'S HANDCUFFED BODY.

NYPD AGENCY'S UNIDENTIFIED POLICE OFFICERS ALONG WITH THE PORT AUTHORITY AGENCY'S UNIDENTIFIED POLICE OFFICERS CONDUCTED THEIR JOINT TRANSPORTATION OF THE ( PRO-SE ) PLAINTIFF LITIGANT BEN CUNNINGHAM'S HANDCUFFED BODY INTO THE NEW YORK CITY'S DEPARTMENT OF CORRECTIONS MANHJATTAN COUNTRY JAIL.

NYPD AGENCY'S UNIDENTIFIED POLICE OFFICERS WHO UNLAWFULLY PROVIDED THE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S MT SINA WEST HOSPITAL ER DISCHARGED MEDICAL DOCUMENTS TO NEW YORK PRESBYTERIAN HOSPITAL WITHOUT LEGAL CONSENT.

CRIMINAL  TRESPASS  3RD  140.10

TRESPASS                          140.05

RE-ARRESTED    AUGUST-28-2019

ARREST    FILE   #M-19638710

NYSID      FILE   #0- 4419965-N

DOCKET   FILE   #CR-027906-19NY

D.A.T.     FILE   #001-00197

DISMISSED       OCTOBER-23-2019

"  PEOPLE  CANNOT  PROVE  BEYOND  "

A   REASONABLE   DOUBT

SEALED  PURSUANT  TO  SECTION  160.50  CPL


NYPD AGENCY'S UNIDENTIFIED POLICE OFFICERS ALONG
WITH THE PORT AUTHORITY AGENCY'S UNIDENTIFIED POLICE
OFFICERS WERE ACTING JOINTLY WHILE THEY FORCED THE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S
HANDCUFFED BODY INTO THEIR UNLAWFUL POLICE CUSTODY
WHICH CAUSED GREAT MEDICAL PAIN TO ( PRO-SE )
PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S HANDCUFF
BODY TO/FROM NEW YORK CITY'S MANHATTAN COUNTY
MT SINI WEST HOSPITAL/NEW YORK PRESBYTERIAN HOSPITAL
WHILE ( PRO-SE ) PLAINTIFF LITIGANT BEN CUNNINGHAM
WAS INSIDE NYPD AGENCY POLICE CUSTODY AND PORT
AUTHORITY AGENCY POLICE CUSTODY.

THE MANHATTAN COUNTY DISTRICT ATTORNEY'S OFFICE
IS AN IMPORTANT EXPERT WITINESS TO THE ABOVE FACTS .

5

# PERSONAL  JURISDICTION
## 28 USC SECTION 1331

CRIMINAL  TRESPASS  3RD  140.10

TRESPASS                  140.05

RE-ARRESTED    AUGUST-28-2019

ARREST   FILE  #M-19638710

NYSID      FILE  #0- 4419965-N

DOCKET  FILE  #CR-027906-19NY

D.A.T.       FILE  #001-00197

DISMISSED        OCTOBER-23-2019

" PEOPLE  CANNOT  PROVE  BEYOND "

A  REASONABLE  DOUBT

SEALED  PURSUANT  TO  SECTION  160.50  CPL

APRIL-05-2019  POLICE BRUTALITY LEGAL ISSUE
APRIL-05-2019  FALSE ARREST  LEGAL ISSUE
APRIL-05-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE
APRIL-05-2019  MALICIOUS PROSECUTION LEGAL ISSUE

MAY-09-2019  POLICE BRUTALITY LEGAL ISSUE
MAY-09-2019  FALSE ARREST  LEGAL ISSUE
MAY-09-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE
MAY-09-2019  MALICIOUS PROSECUTION LEGAL ISSUE

AUG-28-2019  POLICE BRUTALITY LEGAL ISSUE
AUG-28-2019  FALSE ARREST  LEGAL ISSUE
AUG-28-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE
AUG-28-2019  MALICIOUS PROSECUTION LEGAL ISSUE

6

# PERSONAL  JURISDICTION
# <u>28 USC SECTION 1331</u>

UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING
DEFENDANT LITIGANT POLICE DECTIVE     ADELL L. JILES
SIVERSTEIN  PROPERTIES  &  ETAL
ALLIED UNIVERSAL SECURITY GUARD COMPANY
UNIDENTIFIED SECURITY GUARD OFFICERS
SECURITY GUARD OFFICER DON VINCI
SECURITY GUARD OFFICER DEVON ADAMS
NYPD AGENCY
UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
JOHN DOES
JANE  DOES

CRIMINAL  TRESPASS  3RD   140.10
TRESPASS                  140.05
RE-ARRESTED   AUGUST-28-2019
ARREST   FILE  #M-19638710
NYSID     FILE  #0- 4419965-N
DOCKET  FILE  #CR-027906-19NY
D.A.T.     FILE  #001-00197
DISMISSED       OCTOBER-23-2019
"  PEOPLE  CANNOT  PROVE  BEYOND  "
A  REASONABLE  DOUBT
<u>SEALED  PURSUANT  TO  SECTION  160.50  CPL</u>

7

# PERSONAL  JURISDICTION
# <u>28 USC SECTION 1331</u>

ALLIED UNIVERSAL SECURITY GUARD CORPORATE
( 800 )  514-8273
161 WASHINGTON STREET ( #600 )
CONSHOHOCKEN , PENNSYLVANIA 19428

NEW YORK CITY'S  LAW DEPARTMENT
CORPORATE COUNSEL OFFICE
100 CHURCH STREET ( 4TH FLOOR )
MANHATTAN ,  NEW YORK 10007

PORT AUTHORITY OF NY/NJ AGENCY
LEGAL  DEPARTMENT
#4 WORLD TRADE CENTER BUILDING  ( 24TH FLOOR )
150 GREENWICH STREET
MANHATTAN , NEW YORK 10007

SILVERSTEIN PROPERTIES-INC
RECEPTION@SILVPROP.COM
#7 WORLD TRADE CENTER BUILDING
250 GREENWICH STREET
MANHATTAN, NEW YORK 10007

MS KAREN T. CONNELLY
ASSISSTANT DIRECTOR INSPECTOR GENERAL
( 973 ) 565-4352  OR ( 973 ) 565-4307 ( FAX )
<u>INSPECTORGENERAL@PANYNJ.GOV</u>
OFFICE OF THE INSPECTOR GENERAL
PORT AUTHORITY OF NY/NJ AGENCY
HOBOKEN ,  NEW JERSEY 07030



# CONCLUDED  RECONSIDERATION MOTION

WHEEREFORE THE CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF
LITIGANT BENJAMIN CUNNINGHAM REQUEST THIS COURTHOUSE'S
ASSIGNED JUDGE CLAIRE C. CECCHI 'S DECISION/ORDER DATED
NOVEMBER-17-2021 TO QUICKLY REOPEN ( PRO-SE ) PLAINTIFF
LITIGANT BENJAMIN CUNNINGHAM BECAUSE ALL BELOW
DEFENDANT LITIGANTS COMMITTED AN ILLEGAL ARREST AGAINST
THE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM DURING
AUGUST-28-2019 :

UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING
DEFENDANT LITIGANT POLICE DECTIVE    ADELL L. JILES
SIVERSTEIN  PROPERTIES  &  ETAL
ALLIED UNIVERSAL SECURITY GUARD COMPANY
UNIDENTIFIED SECURITY GUARD OFFICERS
SECURITY GUARD OFFICER DON VINCI
SECURITY GUARD OFFICER DEVON ADAMS
NYPD AGENCY
UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
JOHN DOES
JANE  DOES

CRIMINAL  TRESPASS  3RD  140.10
TRESPASS                    140.05
RE-ARRESTED    AUGUST-28-2019
ARREST   FILE  #M-19638710
NYSID      FILE  #0- 4419965-N
DOCKET  FILE  #CR-027906-19NY
D.A.T.      FILE  #001-00197
DISMISSED      OCTOBER-23-2019
" PEOPLE  CANNOT  PROVE BEYOND "
A  REASONABLE  DOUBT
SEALED  PURSUANT  TO  SECTION  160.50 CPL

Respectfully!

⑨

# UNITED  STATES  DISTRICT  COURT
## DISTRICT  OF  NEW  JERSEY
# ( FIRST AMENDED  COMPLAINT )
## PER JUDGE CLAIRE C. CECCHI 'S DECISION/ORDER
## ( DATED  NOVEMBER-17-2021 )
# 19-CIV-19823 ( CCC ) ( ESK )

## BENJAMIN  CUNNINGHAM

### ( PRO-SE ) PLAINTIFF

# AGAINST

CITY OF NEW YORK
NYPD  AGENCY
UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
NEW YORK CITY #911 EMERGENCY OPERATOR AGENCY
UNIDENTIFIED #911 EMERGENCY OPERATOR
NEW YORK CITY DEPARTMENT OF CORRECTIONS AGENCY
UNIDENTIFIED NYC DEPARTMENT OF CORRECTIONS OFFICERS
NEW YORK CITY DISTRICT ATTORNEY OFFICE
NEW YORK CITY ASSISTANT DISTRICT ATTORNEY ESTHER PAK
SIVERSTEIN  PROPERTIES  &  ETAL
PORT AUTHORITY OF NEW YORK / NEW JERSEY  AGENCY
UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
PORT AUTHORITY OF NY/NJ AGENCY POLICE SERGEANT LAWANDA D. IRVING
PORT AUTHORITY OF NY/NJ AGENCY POLICE DECTIVE ADELL L. JILES
ALLIED UNIVERSAL SECURITY GUARD COMPANY
UNIDENTIFIED SECURITY GUARD OFFICERS
SECURITY GUARD OFFICER DON VINCI
SECURITY GUARD OFFICER DEVON ADAMS
JOHN DOES
JANE DOES

### DEFENDANTS

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2021 DEC 17

1

CRIMINAL  TRESPASS  3RD   140.10

TRESPASS                    140.05

RE-ARRESTED   AUGUST-28-2019

ARREST   FILE  #M-19638710

NYSID     FILE  #0- 4419965-N

DOCKET  FILE  #CR-027906-19NY

D.A.T.     FILE  #001-00197

DISMISSED       OCTOBER-23-2019

"  PEOPLE  CANNOT  PROVE  BEYOND  "

A  REASONABLE  DOUBT

SEALED  PURSUANT  TO  SECTION  160.50  CPL


( 1 )  "  DEFENDANT MOTION TO DISMISS PLAINTIFF'S COMPLAINT.
       ORDERED THAT PLAINTIFF SHALL HAVE THIRTY ( 30 ) DAYS
       FROM ENTRY OF THIS ORDER TO SUBMIT AN AMENDED
       COMPLAINT THAT ADDRESSES THE DEFICIENCIES IDENTIFIED
       IN THE COURT'S ORDER  ........   ( NOVEMBER-17-2021 )
              ( SIGNED  BY  JUDGE  CLAIRE  C.  CECCHI )


( 2 )   JUDGE CLARE C. CECCHI 'S DECISION/ORDER DATED
        NOVEMBER-17-2029 CONCERNS THIS CIVIL RIGHTS CASE
        ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM 'S

       AUG-28-2019  POLICE BRUTALITY LEGAL ISSUE
       AUG-28-2019  FALSE ARREST  LEGAL ISSUE
       AUG-28-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE
       AUG-28-2019  MALICIOUS PROSECUTION    LEGAL ISSUE

CRIMINAL  TRESPASS  3RD  140.10
TRESPASS                      140.05
RE-ARRESTED   AUGUST-28-2019
ARREST   FILE  #M-19638710
NYSID      FILE  #0- 4419965-N
DOCKET  FILE  #CR-027906-19NY
D.A.T.      FILE  #001-00197
DISMISSED       OCTOBER-23-2019
"  PEOPLE  CANNOT  PROVE  BEYOND  "
A  REASONABLE  DOUBT
SEALED  PURSUANT  TO  SECTION  160.50  CPL

( 3 )    PORT AUTHORITY OF NEW YORK / NEW JERSEY  AGENCY
UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
PORT AUTHORITY OF NY/NJ AGENCY POLICE SERGEANT LAWANDA D. IRVING
PORT AUTHORITY OF NY/NJ AGENCY POLICE DECTIVE ADELL L. JILES
SIVERSTEIN  PROPERTIES  &  ETAL
ALLIED UNIVERSAL SECURITY GUARD COMPANY
UNIDENTIFIED SECURITY GUARD OFFICERS
SECURITY GUARD OFFICER DON VINCI
SECURITY GUARD OFFICER DEVON ADAMS
NYPD AGENCY
UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
JOHN DOES
JANE  DOES

AUG-28-2019  POLICE BRUTALITY LEGAL ISSUE
AUG-28-2019  FALSE ARREST  LEGAL ISSUE
AUG-28-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE
AUG-28-2019  MALICIOUS PROSECUTION LEGAL ISSUE

CRIMINAL  TRESPASS  3RD   140.10

TRESPASS                    140.05

RE-ARRESTED   AUGUST-28-2019

ARREST   FILE  #M-19638710

NYSID    FILE  #0- 4419965-N

DOCKET  FILE  #CR-027906-19NY

D.A.T.    FILE  #001-00197

DISMISSED     OCTOBER-23-2019

"  PEOPLE  CANNOT  PROVE  BEYOND  "

A  REASONABLE  DOUBT

SEALED  PURSUANT  TO  SECTION  160.50  CPL

PORT AUTHORITY OF NEW YORK / NEW JERSEY  AGENCY

UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS

PORT AUTHORITY OF NY/NJ AGENCY POLICE SERGEANT LAWANDA D. IRVING

PORT AUTHORITY OF NY/NJ AGENCY POLICE DECTIVE ADELL L. JILES

SIVERSTEIN  PROPERTIES  &  ETAL

ALLIED UNIVERSAL SECURITY GUARD COMPANY

UNIDENTIFIED SECURITY GUARD OFFICERS

SECURITY GUARD OFFICER DON VINCI

SECURITY GUARD OFFICER DEVON ADAMS

NYPD AGENCY

UNIDENTIFIED NYPD AGENCY POLICE OFFICERS

JOHN DOES

JANE  DOES

( 4 )  ON AUG-28-2019 THE ABOVE CIVIL RIGHTS CASE DEFENDANT

LITIGANTS CONDUCTED AN ILLEGAL ARREST AGAINST THE

( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM FOR

NO LEGAL REASON IN VIOLATION OF CIVIL RIGHTS LAWS

CRIMINAL  TRESPASS  3RD  140.10
TRESPASS                          140.05
RE-ARRESTED    AUGUST-28-2019
ARREST    FILE  #M-19638710
NYSID       FILE  #0- 4419965-N
DOCKET  FILE  #CR-027906-19NY
D.A.T.       FILE  #001-00197
DISMISSED        OCTOBER-23-2019
" PEOPLE  CANNOT  PROVE  BEYOND "
A  REASONABLE  DOUBT
SEALED  PURSUANT  TO  SECTION  160.50  CPL

(5)     MS  KAREN  T.  CONNELLY
( 973 ) 565-4352  OR  ( 973 ) 565-4307  ( FAX )
INSPECTORGENEERAL@PANYNJ.GOV
ASSISTANT DIRECTOR STAFF PERSON
PORT AUTHORITH OF NY/NJ AGENCY'S
OFFICE OF THE INSPECTOR GENERAL
5 MARINE VIEW PLAZA ( SUITE #502 )
HOBOKEN , NEW JERSEY 07030

APRIL-05-2019  POLICE BRUTALITY LEGAL ISSUE
APRIL-05-2019  FALSE ARREST  LEGAL ISSUE
APRIL-05-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE
APRIL-05-2019  MALICIOUS PROSECUTION LEGAL ISSUE

MAY-09-2019  POLICE BRUTALITY LEGAL ISSUE
MAY-09-2019  FALSE ARREST  LEGAL ISSUE
MAY-09-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE
MAY-09-2019  MALICIOUS PROSECUTION LEGAL ISSUE

5

( 6 ) # MS KAREN T. CONNELLY

( 973 ) 565-4352 OR ( 973 ) 565-4307 ( FAX )
INSPECTORGENEERAL@PANYNJ.GOV
ASSISTANT DIRECTOR STAFF PERSON
PORT AUTHORITH OF NY/NJ AGENCY'S
OFFICE OF THE INSPECTOR GENERAL
5 MARINE VIEW PLAZA ( SUITE #502 )
HOBOKEN , NEW JERSEY 07030

THE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM 'S
PENDING PORT AUTHORITY OF NY/NJ AGENCY POLICE MISCONDUCT
COMPALINTS ARE FILED AGAINST PORT AUTHORITY OF NY/NJ
AGENCY'S UNIDENTIFIED POLICE OFFICERS.

ASSISTANT  DIRECTOR KAREN T. CONNELLY DULY APPOINTED HER
STAFF DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING
AND  DEFENDANT LITIGANT POLICE DECTIVE ADELL L. JILES  TO
CONDUCT AN INVESTIGATION INTO THE ( PRO-SE ) PLAINTIFF
LITIGANT BENJAMIN CUNNINGHAM'S POLICE COMPLAINTS WHICH
OCCURRED :

APRIL-05-2019  POLICE BRUTALITY LEGAL ISSUE
APRIL-05-2019  FALSE ARREST  LEGAL ISSUE
APRIL-05-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE
APRIL-05-2019  MALICIOUS PROSECUTION LEGAL ISSUE

MAY-09-2019  POLICE BRUTALITY LEGAL ISSUE
MAY-09-2019  FALSE ARREST  LEGAL ISSUE
MAY-09-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE
MAY-09-2019  MALICIOUS PROSECUTION LEGAL ISSUE

( 6 )   DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING
DEFENDANT LITIGANT POLICE DECTIVE    ADELL L. JILES
( 973 ) 565-4352  OR  ( 973 )  565-4307  ( FAX )
INSPECTORGENEERAL@PANYNJ.GOV
ASSISTANT DIRECTOR STAFF PERSON
PORT AUTHORITH OF NY/NJ AGENCY'S
OFFICE OF THE INSPECTOR GENERAL
5 MARINE VIEW PLAZA ( SUITE #502 )
HOBOKEN , NEW JERSEY 07030

ON AUGUST-28-2019  THE PORT AUTHORITY OF NY/NJ AGENCY'S
POLICE SERGEANT LAWANDA D. IRVING ASSIGNED INVESTIGATOR
ALONG WITH THE POLICE DETECTIVE ADELL L. JILES ASSIGNED
INVESTIGATOR DULY INVITED THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM INORDER TO CONDUCT THEIR
INVESTIGATOR INTERVIEWS WHICH CONCERNS BELOW INCIDENTS :

APRIL-05-2019  POLICE BRUTALITY LEGAL ISSUE
APRIL-05-2019  FALSE ARREST  LEGAL ISSUE
APRIL-05-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE
APRIL-05-2019  MALICIOUS PROSECUTION LEGAL ISSUE

MAY-09-2019  POLICE BRUTALITY LEGAL ISSUE
MAY-09-2019  FALSE ARREST  LEGAL ISSUE
MAY-09-2019  UNLAWFUL IMPRISONMENT LEGAL ISSUE
MAY-09-2019  MALICIOUS PROSECUTION LEGAL ISSUE

AUGUST-28-2019 INSIDE THE ABOVE INVESTIGATIVE INTERVIEW
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM PROVIDED
HIS MANHATTAN COUNTY CRIMINAL COURT DISMISSAL ORDER
DATED AUGUST-05-2019 TO BOTH ASSIGNED INVESTIGATORS

(7)        CRIMINAL  TRESPASS  3RD  140.10
           TRESPASS                      140.05
           RESISTING  ARREST            205.30
           ARRESTED     MAY-09-2019
           ARREST   FILE  #M-19621345-Y
           NYSID      FILE  #0- 4419965-N
           DOCKET   FILE  #CR-015612-19-NY
           DISMISSED   AUGUST-05-2019
        " PEOPLE  CANNOT  PROVE  BEYOND "
             A  REASONABLE  DOUBT
        SEALED  PURSUANT  TO  SECTION  160.50  CPL

  ON AUGUST-28-2019 THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM PROVIDED HIS ABOVE
MANHATTAN COUNTY CRIMINAL COURTHOUSE JUDGE'S
DISMISSAL DECISION/ORDER DATED AUGUST-05-2019 TO
DEFENDANT LITIGANT PORT AUTHORITY OF NY/NJ AGENCY 'S

    DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING
    DEFENDANT LITIGANT POLICE DECTIVE    ADELL L. JILES

  SUBSEQUENTLY , PHOTOGRAPHS WERE TAKEN OF THE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S
DAMAGE PERSONAL PROPERTY AND ETAL.

   THEN BOTH DEFENDANT LITIGANTS DIRECTED ( PRO-SE )
PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM TO TAKE HIS
MANHATTAN COUNTY CRIMINAL COURTHOUSE JUDGE'S
DISMISSIAL DECISION/ORDER DATED AUGUST-05-2019 OVER
TO #4 WORLD TRADE CENTER BUILDING LEGAL DEPARTMENT.

(8)        CRIMINAL  TRESPASS  3RD  140.10
           TRESPASS                    140.05
           RE-ARRESTED   AUGUST-28-2019
           ARREST   FILE  #M-19638710
           NYSID      FILE  #0- 4419965-N
           DOCKET  FILE  #CR-027906-19NY
           D.A.T.      FILE  #001-00197
           DISMISSED      OCTOBER-23-2019
       "  PEOPLE  CANNOT  PROVE  BEYOND  "
          A  REASONABLE  DOUBT
        SEALED  PURSUANT  TO  SECTION  160.50  CPL

AUGUST-28-2019, THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM DEPARTED THE PORT AUTHORITY
OF NY/NJ AGENCY'S OFFICE OF THE INSPECTOR GENERAL
LOCATED INSIDE HOBOKEN NEW JERSEY THEN TRAVELED TO
THE #4 WORLD TRADE CENTER BUILDING LOBBY SECURITY
DESK AND REQUESTED FOR LEGAL DEPARTMENT STAFF
PERSONS TO COME DOWNSTAIRS AND COLLECT HIS
MANHATTAN COUNTY CRIMINAL COURTHOUSE JUDGE'S
DISMISSAL DECISION/ORDER DATED AUGUST-05-2019.

INSTEAD MANY PORT AUTHORITY OF NY/NJ AGENCY 'S
POLICE OFFICERS ATTACKED THE ( PRO-SE ) PLAINTIFF
LITIGANT BENJAMIN CUNNINGHAM'S BODY AND CONDUCTED
THEIR ARREST AND THEY CLAIM THAT THEY WERE ONLY
FOLLOWING ORDERS TO CONDUCT THEIR ARREST FROM :

        DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING
        DEFENDANT LITIGANT POLICE DECTIVE    ADELL L. JILES

**( 9 )**          **CRIMINAL  TRESPASS  3RD  140.10**
                **TRESPASS                     140.05**
                **RE-ARRESTED    AUGUST-28-2019**
                **ARREST   FILE  #M-19638710**
                **NYSID     FILE  #0- 4419965-N**
                **DOCKET  FILE  #CR-027906-19NY**
                **D.A.T.     FILE  #001-00197**
                **DISMISSED       OCTOBER-23-2019**
         **"  PEOPLE  CANNOT  PROVE  BEYOND  "**
              **A   REASONABLE   DOUBT**
            SEALED  PURSUANT  TO  SECTION  160.50  CPL

 **PORT AUTHORITY OF NY/NJ AGENCY'S UNIDENTIFIED POLICE
OFFICERS WERE DIRECTED FROM HOBOKEN NEW JERSEY TO
QUICKLY PROCESS THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM INTO THE MANHATTAN COUNTY
NYPD AGENCY POLICE STATIONHOUSE PRECINCT #001 WHICH
IS LOCATED ON CANAL STREET WHICH IS WHERE THE NYPD
AGENCY POLICE OFFICERS PROVIDE D.A.T. #001-00197 FOR
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM TO
BE QUICKLY RELEASED DUE TO NO PENDING WARRANTS.**

 **MEANWHILE THE NYPD AGENCY POLICE OFFICERS WERE TOLD
    BY DEFENDANT LITIGANT PORT AUTHORITY AGENCY 'S**

    **DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING
    DEFENDANT LITIGANT POLICE DECTIVE     ADELL L. JILES**

 **NOT TO RELEASE PRO-SE PLAINTIFF BENJAMIN  CUNNINGHAM**

( 10 )         CRIMINAL  TRESPASS  3RD   140.10
               TRESPASS                    140.05
               RE-ARRESTED    AUGUST-28-2019
               ARREST    FILE  #M-19638710
               NYSID     FILE  #0- 4419965-N
               DOCKET    FILE  #CR-027906-19NY
               D.A.T.    FILE  #001-00197
               DISMISSED     OCTOBER-23-2019
       " PEOPLE  CANNOT  PROVE  BEYOND "
           A  REASONABLE  DOUBT
           SEALED  PURSUANT  TO  SECTION  160.50  CPL

AFTERWARDS, THE PORT AUTHORITY OF NY/NJ AGENCY'S
UNIDENTIFIED POLICE OFFICERS TRANSPORTED THE ( PRO-SE )
LITIGANT BENJAMIN CUNNINGHAM 'S HANDCUFFED BODY
TO THEIR PORT AUTHORITY OF NY/NJ AGENCY 'S POLICE
STATIONHOUSE LOCATED INSIDE THE PORT AUTHORITY BUS
STATION TERMINAL ON 42ND STREET/9TH AVENUE.

   ONCE INSIDE THE PORT AUTHORITY AGENCY'S POLICE
DEPARTMENT LOCATED INSIDE PORT AUTHORITY BUS
TERMINAL AT 42ND STREET/9TH AVENUE IT WAS SEVERAL
PORT AUTHORITY AGENCY'S POLICE OFFICERS WHO ORDERED
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM TO
REMOVED ALL HIS CLOTHES EXCEPT FOR HIS UNDERWEAR
AND HIS UNDER SHIRT AND SOCKS.

   THEN  ( PRO-SE ) PLAINTIFF LITGANT BEN CUNNINGHAM
WAS PLACED INTO AN AIR CONDITIONER VERY COLD CELL.

( 11 )        CRIMINAL  TRESPASS  3RD   140.10
              TRESPASS                    140.05
              RE-ARRESTED    AUGUST-28-2019
              ARREST   FILE  #M-19638710
              NYSID     FILE  #0- 4419965-N
              DOCKET  FILE  #CR-027906-19NY
              D.A.T.    FILE  #001-00197
              DISMISSED      OCTOBER-23-2019
        "  PEOPLE  CANNOT  PROVE  BEYOND  "
            A  REASONABLE  DOUBT
        SEALED  PURSUANT  TO  SECTION  160.50  CPL


 THE PORT AUTHORITY AGENCY'S ASSIGNED POLICE OFFICERS
REFUSED TO PROVIDE AND FOOD AND WATER TO THE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM.

THE PORT AUTHORITY AGENCY'S ASSIGNED POLICE OFFICERS
WILLFULLY TURNED UP THEIR AIR CONDITIONER UP HIGH
WHILE THEY REFUSED TO RETURN PERSONAL CLOTHES BACK
TO THE ( PRO-SE ) PLAINTIFF LITIGANT BEN CUNNINGHAM
BECAUSE THEY EXPLAINED THAT THEY WERE UNDER POLICE
MISCONDUCT INVESTIGATIONS DUE TO THE ( PRO-SE )
PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S COMPLAINTS

THE PORT AUTHORITY AGENCY'S ASSIGNED POLICE OFFICERS
DENY TELEPHONE CALLS TO ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM UNTIL 12:00 AM.

( 12 )          CRIMINAL  TRESPASS  3RD  140.10
                TRESPASS                      140.05
                RE-ARRESTED   AUGUST-28-2019
                ARREST   FILE  #M-19638710
                NYSID     FILE  #0- 4419965-N
                DOCKET   FILE  #CR-027906-19NY
                D.A.T.     FILE  #001-00197
                DISMISSED     OCTOBER-23-2019
        " PEOPLE  CANNOT  PROVE  BEYOND "
             A  REASONABLE  DOUBT
        SEALED  PURSUANT  TO  SECTION  160.50  CPL

   APPROX 2AM ON AUGUST-29-2019, THE PORT AUTHORITY
AGENCY'S ASSIGNED UNIDENTIFIED POLICE OFFICERS HAD
CONTACTED NEW YORK CITY'S EMS MEDICAL PERSONAL
BECAUSE ( PRO-SE ) PLAINTIFF LITIGANT BEN CUNNINGHAM
WAS PASSED OUT WHILE BEING TOURTED BY ALL PORT
AUTHORITY AGENCY POLICE OFFICERS.

   EMS MEDICAL PERSONAL ARRIVED AND TRANSPORT THE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM TO
MANHATTAN COUNTY'S MT SINI WEST HOSPITAL WHILE THE
PORT AUTHORITY AGENCY POLICE OFFICERS BEING PRESENT.

AT APPROX 3AM/4AM  THE PORT AUTHORITY AGENCY POLICE
OFFICERS TRANSPORTED THE ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM'S HANDCUFFED BODY BACK TO
THEIR PORT AUTHORITY AGENCY'S POLICE DEPARTMENT
BUS TERMINAL LOCATION 42ND STREET/9TH AVENUE.

( 13 )  CRIMINAL  TRESPASS  3RD  140.10
        TRESPASS                     140.05
        RE-ARRESTED    AUGUST-28-2019
        ARREST    FILE  #M-19638710
        NYSID    FILE  #0- 4419965-N
        DOCKET   FILE  #CR-027906-19NY
        D.A.T.    FILE  #001-00197
        DISMISSED      OCTOBER-23-2019
    "  PEOPLE  CANNOT  PROVE  BEYOND  "
        A   REASONABLE   DOUBT
        SEALED  PURSUANT  TO  SECTION  160.50  CPL

APPROX 4AM/5AM THE PORT AUTHORITY AGENCY POLICE OFFICERS THEN TRANSPORTED THE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S HANDCUFFED BODY TO THE NEW YORK CITY'S DEPARTMENT OF CORRECTIONS ( MANHATTAN COUNTY JAIL ) .

APPROX 5AM/6AM THE NEW YORK CITY'S DEPARTMENT OF CORRECTIONAL OFFRICERS CONTACTED EMS MEDICAL PERSONAL BECAUSE THE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM PASSED OUT ONCE MORE DUE TO HIS CHEST CONGESTIONS.

APPROX 6:30  EMS MEDICAL PERSONAL ALONG WITH THE NYPD AGENCY'S TWO UNIDENTIFIED POLICE OFFICERS FROM THE MANHATTAN COUNTY NYPD AGENCY POLICE STATION PRECINCT #001 ARRIVED INSIDE THE NEW YORK CITY'S DEPARTMENT OF CORRECTIONS MANHATTAN COUNTY JAIL

( 14 )         CRIMINAL  TRESPASS  3RD  140.10
               TRESPASS                     140.05
               RE-ARRESTED   AUGUST-28-2019
               ARREST   FILE  #M-19638710
               NYSID     FILE  #0- 4419965-N
               DOCKET   FILE  #CR-027906-19NY
               D.A.T.     FILE  #001-00197
               DISMISSED     OCTOBER-23-2019
        "  PEOPLE  CANNOT   PROVE  BEYOND  "
            A   REASONABLE   DOUBT
          SEALED  PURSUANT  TO  SECTION  160.50  CPL

  APPROX 7:00AM NYPD AGENCY'S TWO UNIDENTIFIED
POLICE OFFICERS ALONG WITH EMS MEDICAL PERSONAL
TRANSPORTED THE  ( PRO-SE ) PLAINTIFF LITIGANT
BENJAMIN CUNNINGHAM TO THE MANHATTAN COUNTY'S
NEW YORK-PRESBYTERIAN HOSPITAL WHERE NYPD AGENCY
POLICE OFFICERS PROVIDED THE ( PRO-SE ) PLAINTIFF
LITIGANT BENJAMIN CUNNINGHAM'S MT SINIA HOSPITAL
ER MEDICAL DISCHARGED PAPERS WITHOUT SEEKING THE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM'S
KNOWLEDGE/CONSENT.

  APPROX 7:30AM THE NYPD AGENCY'S POLICE OFFICERS
ALONG WITH THE EMS MEDICAL PERSONAL TRANSPORTED
THE ( PRO-SE ) PLAINTIFF LITGANT BENJAMIN CUNNINGHAM
BACK INTO THE NEW YORK CITY'S DEPARTMENT OF
CORRECTIONAL MANHATTAN JAIL.

( 15 )          CRIMINAL  TRESPASS  3RD  140.10
                TRESPASS                     140.05
                RE-ARRESTED   AUGUST-28-2019
                ARREST   FILE  #M-19638710
                NYSID    FILE  #0- 4419965-N
                DOCKET   FILE  #CR-027906-19NY
                D.A.T.   FILE  #001-00197
                DISMISSED      OCTOBER-23-2019
        "  PEOPLE  CANNOT  PROVE  BEYOND  "
              A  REASONABLE  DOUBT
         SEALED  PURSUANT  TO  SECTION  160.50  CPL


   NYPD AGENCY'S UNIDENTIFIED POLICE OFFICERS TOLD THE
( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM
THAT THEY WERE UNDER POLICE ORDERS BY :

    DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING
    DEFENDANT LITIGANT POLICE DECTIVE     ADELL L. JILES

TO TAKE ( PRO-SE ) PLAINTIFF LITIGANT BEN CUNNINGHAM
BACK TO  NEW YORK CITY'S DEPARTMENT OF CORRECTIONS
MANHATTAN COUNTY JAIL.

APPROX 6:30PM THE MANHATTAN COUNTY CRIMINAL JUDGE
RELEASED ( PRO-SE ) PLAINTIFF LITIGANT BEN CUNNINGHAM
FROM NEW YORK CITY'S DEPARTMENT OF CORRECTIONS
MANHATTAN COUNTY JAIL.

# PERSONAL  JURISDICTION
( 16 )   <u>**28 USC SECTION 1331**</u>

**ALLIED UNIVERSAL SECURITY GUARD CORPORATE**
**( 800 )  514-8273**
**161 WASHINGTON STREET ( #600 )**
**CONSHOHOCKEN , PENNSYLVANIA 19428**

**NEW YORK CITY'S  LAW DEPARTMENT**
**CORPORATE COUNSEL OFFICE**
**100 CHURCH STREET ( 4TH FLOOR )**
**MANHATTAN ,  NEW YORK 10007**

**PORT AUTHORITY OF NY/NJ AGENCY**
**LEGAL  DEPARTMENT**
**#4 WORLD TRADE CENTER BUILDING  ( 24TH FLOOR )**
**150 GREENWICH STREET**
**MANHATTAN , NEW YORK 10007**

**SILVERSTEIN PROPERTIES-INC**
**RECEPTION@SILVPROP.COM**
**#7 WORLD TRADE CENTER BUILDING**
**250 GREENWICH STREET**
**MANHATTAN, NEW YORK 10007**

**MS KAREN T. CONNELLY**
**ASSISSTANT DIRECTOR INSPECTOR GENERAL**
**( 973 ) 565-4352  OR ( 973 ) 565-4307 ( FAX )**
<u>**INSPECTORGENERAL@PANYNJ.GOV**</u>
**OFFICE OF THE INSPECTOR GENERAL**
**PORT AUTHORITY OF NY/NJ AGENCY**
**HOBOKEN ,  NEW JERSEY 07030**

# PERSONAL JURISDICTION
# <u>28 USC SECTION 1331</u>

**( 17 )**

UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING
DEFENDANT LITIGANT POLICE DECTIVE    ADELL L. JILES
SIVERSTEIN  PROPERTIES  &  ETAL
ALLIED UNIVERSAL SECURITY GUARD COMPANY
UNIDENTIFIED SECURITY GUARD OFFICERS
SECURITY GUARD OFFICER DON VINCI
SECURITY GUARD OFFICER DEVON ADAMS
NYPD AGENCY
UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
JOHN DOES
JANE  DOES


CRIMINAL  TRESPASS  3RD   140.10
TRESPASS                     140.05
RE-ARRESTED    AUGUST-28-2019
ARREST    FILE  #M-19638710
NYSID    FILE  #0- 4419965-N
DOCKET  FILE  #CR-027906-19NY
D.A.T.    FILE  #001-00197
DISMISSED      OCTOBER-23-2019
"  PEOPLE  CANNOT  PROVE  BEYOND  "
A  REASONABLE  DOUBT
<u>SEALED  PURSUANT  TO  SECTION  160.50  CPL</u>

# CONCLUDED ( FIRST ) AMENDED COMPLAINT

( 18 )

WHEEREFORE THE CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF
LITIGANT BENJAMIN CUNNINGHAM REQUEST THIS COURTHOUSE'S
ASSIGNED JUDGE CLAIRE C. CECCHI 'S DECISION/ORDER DATED
NOVEMBER-17-2021 TO QUICKLY REOPEN ( PRO-SE ) PLAINTIFF
LITIGANT BENJAMIN CUNNINGHAM BECAUSE ALL BELOW
DEFENDANT LITIGANTS COMMITTED AN ILLEGAL ARREST AGAINST
THE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM DURING
AUGUST-28-2019 :

UNIDENTIFIED PORT AUTHORITY OF NY/NJ POLICE OFFICERS
DEFENDANT LITIGANT POLICE SERGEANT LAWANDA D. IRVING
DEFENDANT LITIGANT POLICE DECTIVE    ADELL L. JILES
SIVERSTEIN  PROPERTIES  &  ETAL
ALLIED UNIVERSAL SECURITY GUARD COMPANY
UNIDENTIFIED SECURITY GUARD OFFICERS
SECURITY GUARD OFFICER DON VINCI
SECURITY GUARD OFFICER DEVON ADAMS
NYPD AGENCY
UNIDENTIFIED NYPD AGENCY POLICE OFFICERS
JOHN DOES
JANE DOES

CRIMINAL  TRESPASS  3RD   140.10
TRESPASS                140.05
RE-ARRESTED   AUGUST-28-2019
ARREST   FILE  #M-19638710
NYSID     FILE  #0- 4419965-N
DOCKET  FILE  #CR-027906-19NY
D.A.T.    FILE  #001-00197
DISMISSED      OCTOBER-23-2019
" PEOPLE  CANNOT   PROVE BEYOND "
A  REASONABLE  DOUBT
SEALED  PURSUANT  TO  SECTION  160.50 CPL

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 DEC 16   A 11 47

U.S. DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD. & U.S. COURTHOUSE
50 WALNUT STREET
NEWARK, N.J. 07101

2021 DEC 16   P 2: 22